# United States District Court
# District of Massachusetts

THE ROMAN CATHOLIC
ARCHBISHOP OF BOSTON,
    Plaintiff,

                                                CIVIL ACTION NO:

v.                                       08-11107-RBC

WHIRLPOOL CORPORATION,
    Defendant.

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case settled.  Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Monday, February 22, 2010.**

                                      */s/ ROBERT B. COLLINGS*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

December 22, 2009.